UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:25-cv-03228-AB-SK | Date: January 6, 2026 |
| Title  Freddy Edilberto Cabanilla Arias v. Warden, et al. | |

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

On December 2, 2025, Petitioner Freddy Edilberto Cabanilla Arias filed a habeas petition under 28 U.S.C. § 2241 challenging his detention and continued confinement at the Adelanto ICE Processing Center. (ECF 1). The court subsequently ordered Respondents to show cause why the petition should not be granted to the extent it sought an immediate individualized bond hearing. (ECF 8). In response, Respondents submitted written verification that Petitioner was released from custody on bond. (ECF 11-1 at 2). Respondents now contend that Petitioner's release following an individualized bond hearing renders the petition moot. (ECF 11 at 2).

A habeas petition challenging immigration detention becomes moot when the petitioner is no longer in custody and has obtained the relief sought, absent a showing of continuing collateral consequences or a likelihood of re-detention. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1064–65 (9th Cir. 2007); *Picrin-Peron v. Rison*, 930 F.2d 773, 775–76 (9th Cir. 1991). Here, Petitioner sought release from detention or, alternatively, an individualized bond hearing. (ECF 1 at 16–17). That relief has been provided, as reflected in the immigration court orders submitted by the parties. (ECF 10, 11-1). Because no live case or controversy remains, the petition appears to be moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the petition should not be dismissed as moot in light of Petitioner's release on bond. Petitioner may

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:25-cv-03228-AB-SK                                               Date: January 6, 2026

Title        Freddy Edilberto Cabanilla Arias v. Warden, et al.

discharge this order by signing and returning the attached Form CV-09y within 14 days of the date of this order.  Failure to return that form on time as ordered or to otherwise timely respond in writing to this order may be deemed Petitioner's consent to voluntary dismissal of the petition for the reasons set forth in this order, or it can lead to the immediate closing of this case with no further notice for lack of prosecution and noncompliance with court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

   IT IS SO ORDERED.